## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 20, 2017

Edward K. Wood Jr.
Wood Law Firm, LLC
PO BOX 382434
BIRMINGHAM, AL 35238

Appeal Number: 17-13985-JJ
Case Style: Barbara Tutwiler v. Sandoz, Inc.
District Court Docket No: 2:16-cv-01246-LSC

NOTICE OF APPEAL FILED: September 1, 2017

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court
Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193
Enclosure(s)

JUR-1 Resp reqd JQ